UNITED STATES of America, Plaintiff–Appellee

v.

Robert T. DAVIS; Linda M. Davis, Defendants–Appellants.

No. 10–50452

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 28, 2011.

Teresa T. Milton, U.S. Department of Justice, Washington, DC, Joshua David Smeltzer, U.S. Department of Justice, Dallas, TX, for Plaintiff–Appellee.

Robert T. Davis, Austin, TX, pro se.

Linda M. Davis, Austin, TX, pro se.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appellants' liability and the court order to vacate and for the sale of the land have been final long ago. No effort was made to abort the sale when publication of the fourth notice was one hour late. The sale has been confirmed. It has now been

consummated and the present appeal is moot.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.